IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JUANA MONTANO, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   Civil Action No. 4:20-cv-00569-O-BP |
| | § |
| ANDREW SAUL, Commissioner of Social Security, | § |
| | § |
| Defendant. | § |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case (ECF No. 25), issued on April 12, 2021. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **REVERSES** the Commissioner's decision and **REMANDS** this action for further proceedings consistent with the Court's Findings and Conclusions.

**SO ORDERED** on this **12th day** of **April, 2021**.

_Reed O'Connor_
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1