IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JUANA MONTANO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00569-O-BP |
| | § | |
| ANDREW SAUL, Commissioner of Social Security, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case (ECF No. 30), issued on April 26, 2021. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **GRANTS** Plaintiff's Unopposed Motion for Attorney Fees Pursuant to the Equal Access for Justice Act (ECF No. 29) and **ORDERS** Defendant to pay Plaintiff Juana Montano, in care of Zendeh Del Law Firm PLLC, attorneys' fees under the Equal Access to Justice Act for 50.35 hours of service compensated at a rate of $201.25 per hour for services performed in 2020 and in 2021 with costs of $400.00 and expenses of $16.80—totaling $10,549.74.

**SO ORDERED** on this **11th day** of **May, 2021**.

*Reed O'Connor*
Reed O'Connor
UNITED STATES DISTRICT JUDGE